IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR28 |
| | ) | |
| v. | ) | |
| | ) | |
| JEANNIE WILSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's oral motion for continuance of the sentencing hearing scheduled for June 26, 2008, at 9:30 a.m. After consultation with both counsel for the defendant and counsel for the government, the Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's oral motion is granted; the sentencing hearing is rescheduled for:

**Wednesday, July 2, 2008, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 26th day of June, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court