IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:08CR28 |
| vs. | ORDER CONTINUING HEARING |
| JEANNIE M. WILSON, | |
| Defendant. | |

Upon consideration of the plaintiff's Unopposed Motion to Continue Hearing [38],

IT IS ORDERED that the hearing scheduled for October 25, 2019, is continued for three weeks until November 20, 2019, commencing at 9:00 a.m.

Dated this 22nd day of October, 2019.

_____
Honorable Michael D. Nelson
United States Magistrate Judge